**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2167**

ANDREW A. AQUILA,

      Plaintiff - Appellant,

    v.

LORRIE SINCLAIR TAYLOR, The Hon. in her official capacity as Chief Judge of the Loudoun County General District Court; CHRISTINA M. HEISCHMIDT, individually; GIOVANNA RAE BONAFEDE, individually; WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP; SARAH E. LEWIS, individually; HARRISLOFTUS, PLLC; CARLA M. CLARK, in her official capacity as Clerk of the Loudoun County General District Court; MICHAEL L. CHAPMAN, in his official capacity as Sheriff of the Loudoun County; COUNTY OF LOUDOUN, VIRGINIA; JAY JONES, in his official capacity as Attorney General of the Commonwealth of Virginia; TGM MOOREFIELD LLC; TGM APARTMENT PARTNERS LP; TRICIA KANE,

      Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:25-cv-01016-CMH-IDD)

Submitted:  March 26, 2026           Decided:  March 30, 2026

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Andrew A. Aquila, Appellant Pro Se.   Matthew W. Lee, Giovanna Rae Bonafede, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, McLean, Virginia; Bradley Todd Canter, LAW OFFICES OF RONALD S. CANTER, LLC, Rockville, Maryland; Debra Schneider Stafford, HUDGINS LAW FIRM, PC, Alexandria, Virginia, for Appellees.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew A. Aquila seeks to appeal the district court's orders denying his motion to disqualify the district court judge and denying Aquila's motion to vacate that order.[*]  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541 (1949).  The orders Aquila seeks to appeal are neither final orders nor appealable interlocutory or collateral orders.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Aquila filed motions to disqualify counsel, to vacate void orders, to stay appellate proceedings, to schedule oral argument, to certify a question of law to the United States Supreme Court, and to expedite.  We deny those motions.

3